175 So.2d 301

**Bill G. ORRELL**

v.

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY.**

No. 47791.

June 7, 1965.

In re: Southern Farm Bureau Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 174 So.2d 841.

Writ refused. No error of law in the ruling of the Court of Appeal.

175 So.2d 301

**Lawrence J. REYNOLDS d/b/a Larry & Katz, et al.**

v.

**LOUISIANA BOARD OF ALCOHOLIC BEVERAGE CONTROL.**

No. 47790.

June 7, 1965.

In re: Lawrence J. Reynolds, d/b/a Larry & Katz, et al. applying for a stay order.

Application for a stay order denied. The showing made by applicant is not sufficient to warrant this court issuing such an order under the facts of this case.

HAMITER, J., concurs in the result.